*Pepper* for petitioner. *Messrs. Thomas G. Haight* and *E. Clarkson Seward* for respondent.

No. 114. OROVILLE-WYANDOTTE IRRIGATION DISTRICT *v.* RUTHERFORD. October 10, 1932. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Blair S. Shuman* and *Walter C. Fox, Jr.,* for petitioner. *Mr. Douglas Brookman* for respondent. See also 2 P. (2d) 803.

No. 115. PERRY *v.* WIGGINS. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Paul Bakewell, Jr.,* for petitioner. *Mr. Daniel N. Kirby* for respondent.

No. 116. WESTMORELAND SPECIALTY CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.

No. 117. McCLURE, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whit-*

*ney North Seymour, Sewall Key, Norman D. Keller,* and *Erwin N. Griswold* for respondent.

No. 118. NATIONAL MORTGAGE & INVESTMENT Co. *v.* QUINN ET AL., RECEIVERS. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Benjamin S. Minor, H. Prescott Gatley,* and *Arthur P. Drury* for petitioner. *Messrs. W. Gwynn Gardiner* and *South Trimble, Jr.,* for respondents.

No. 119. MISSOURI PACIFIC R. Co. *v.* HARVILLE. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Edward J. White* and *Thomas B. Pryor* for petitioner. *Mr. Will Harville, pro se.*

No. 120. MISSOURI PACIFIC R. Co. *v.* JONAS. October 10, 1932. Petition for writ of certiorari to the Kansas City Court of Appeals of Missouri denied. *Mr. Roy W. Rucker* for petitioner. *Mr. William S. Hogsett* for respondent.

No. 121. BALTIMORE & OHIO R. Co. ET AL. *v.* BAKER, U. S. DISTRICT JUDGE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. George M. Hoffheimer, Charles R. Webber, Eugene L. Williams,* and *E. A. Bowers* for petitioners. *Messrs. George T. Bell* and *Samuel T. Spears* for respondent.